GERMER STOVE COMPANY, APPELLANT, V. HAWS HARDWARE
& FURNITURE COMPANY, APPELLEE.

FILED JANUARY 17, 1907.   No. 14,634.

Evidence examined, and *held* sufficient to sustain the judgment.

APPEAL from the district court for Kearney county:
ED L. ADAMS, JUDGE.   *Affirmed.*

*G. L. Godfrey,* for appellant.

*M. D. King, contra.*

OLDHAM, C.

This was an action by the plaintiff, Germer Stove Com-
pany, against the defendant, Haws Hardware & Furni-
ture Company, for the remainder due on goods sold and
delivered.   The defendant answered with a counterclaim
for damages on a contract with the plaintiff for the pur-
chase of a car-load of hard coal.   The cause was originally
instituted before a justice of the peace, where plaintiff
had judgment for $10.   On error taken to the district
court by the plaintiff, this judgment was set aside, and on
a trial of the issues to the court and a jury plaintiff had
a verdict and judgment for $7.59.   To reverse this judg-
ment plaintiff appeals to this court.

The only error assigned in the brief relates to the
sufficiency of the evidence to sustain the judgment on de-
fendant's counterclaim.   We have examined the testimony,
and find that by correspondence between plaintiff's agent
and the managing officer of the defendant, plaintiff offered
to sell and deliver a car-load of hard coal to defendant for
a sum named in the offer, and that this offer was accepted
in writing by the defendant.   The plaintiff was unable to
comply with its contract and deliver the coal, because of
its inability to procure the coal or have the same delivered
to defendant without the written consent of defendant's

coal dealer.    Under these circumstances the quantum of defendant's damage was a question of fact, which appears to have been properly submitted to the jury under evidence sufficient to support the amount found.

We therefore recommend that the judgment of the district court be affirmed.

AMES and EPPERSON, CC., concur.

By the Court: For the reasons given in the foregoing opinion, the judgment of the district court is

AFFIRMED.